# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jered Losey** DOB: 1983; United States<br>**Jennifer Vasquez** DOB: 1983; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07107MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 4, 2020, in the District of Arizona, **Jered Losey** and **Jennifer Vasquez**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Julio Vergara-Reyes and Magdalena Guzman-Lopez, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about February 4, 2020, in the District of Arizona (Whetstone, AZ), United States Border Patrol Agents (BPA) saw a red 2006 Ford Expedition approaching the SR-90 immigration checkpoint and it quickly turn around. The checkpoint was recently re-opened and the BPA suspected the driver was surprised and did not want to be inspected. The BPA pulled behind the Expedition and it accelerated away from the BPA. The BPA attempted to stop the Expedition but it failed to yield. The BPA lost contact with the Expedition when it drove through several residences' barbwire fences. The Expedition was located but the occupants fled and abandoned the vehicle. BPA searched the area and arrested two illegal aliens identified as Julio Vergara-Reyes and Magdalena Guzman-Lopez.

Cochise County Sherriff's Office conducted a knock and talk at the registered address of the Expedition. **Jennifer Vasquez** was located at the address. Both Vergara and Guzman were present and identified **Vasquez** as a passenger of the Expedition during the pursuit. In a post-*Miranda* statement, **Vasquez** identified **Jered Losey** as the driver of the Expedition. She said that she begged **Losey** to stop the vehicle and that she feared for her life. **Vasquez** said that **Losey** yelled at her that he was not going back to jail. **Vasquez** said that when **Losey** initially picked her up, she noticed the aliens in the backseat. **Losey** told her that he was taking them to Phoenix and was getting paid $1,500 USD. She said that **Losey** also mentioned that he thought that the checkpoint was closed at the time he attempted to pass through it.

Material witness Vergara said that he crossed the border illegally and was picked by a load vehicle. He was taken to another location where he and Guzman got into a red Ford Expedition with a male driver and a female passenger. The male driver and female passenger gave them blankets to sleep and hide while they traveled. Vergara identified **Losey** as the driver in a photo lineup.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:** Julio Vergara-Reyes and Magdalena Guzman-Lopez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri /ACA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Bruce M. Rateau* | DATE<br>February 5, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54